AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California



| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| AUSTEN PEPPERS | ) | 1:19-MJ-00229 BAM |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 15, 2019__ in the county of __Fresno__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252(a)(2) and (b)(1) | conspiracy to distribute a visual depiction of a minor engaged in sexually explicit conduct |
| 18 U.S.C. §§ 2251(d)(1)(A) and (e) | advertising child pornography and conspiracy |

This criminal complaint is based on these facts:

Please see attached affidavit of Matthew Larsen (incorporated here by this reference).

☒ Continued on the attached sheet.

_Matthew Larsen_
Complainant's signature

Matthew Larsen – Special Agent Homeland Security Investigations
Printed name and title

Sworn to before me and signed in my presence.

Date: December 6, 2019

_Judge's signature_

City and state: Fresno, California

Barbara A. McAuliffe U.S. Magistrate Judge
Printed name and title

**AFFIDAVIT OF SPECIAL AGENT MATTHEW LARSEN**

I, Matthew Larsen, being duly sworn, do hereby depose and state as follows:

## I.    INTRODUCTION AND BACKGROUND

1.      I am a Special Agent with Homeland Security Investigations ("HSI") and have been so employed since November 2008. As a requirement for employment as an HSI Special Agent, I successfully completed the Criminal Investigator Training Program ("CITP") located at the Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia. At the conclusion of CITP, I completed an additional Homeland Security Investigations Special Agent Training Academy. As part of the training at FLETC, I received extensive instruction in the areas of immigration law, customs law, illegal narcotics, firearms, surveillance, and interview techniques.

2.      As a Special Agent with HSI, I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, as an HSI Special Agent, I am a "Federal Law Enforcement Officer," authorized to investigate violations of the laws of the United States and to execute search and seizure warrants issued under the authority of the United States.

3.      I have conducted and participated in criminal investigations for violations of federal and state laws including, but not limited to, narcotics trafficking, child exploitation, money laundering, firearms, fraud, and other organized criminal activity. I have prepared, executed, and assisted in numerous search and arrest warrants. I have also conducted and participated in criminal and administrative interviews of witnesses and suspects. I am familiar with the formal methods of illegal narcotics investigations, including, electronic surveillance, visual surveillance, general

1

questioning of witnesses, search warrants, confidential informants, the use of undercover agents, and analysis of financial records.

4. The information contained in this affidavit is based on my personal observations, my training, and information provided by other law enforcement officers and/or agents. This affidavit sets forth only those material facts that I believe are necessary to establish probable cause for an arrest warrant. It does not include each and every fact of this investigation

5. The facts in this affidavit come from my personal observations, training, and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant, and does not necessarily set forth all of my knowledge about this matter.

6. This affidavit is submitted in support of an application for a criminal complaint against **AUSTEN PEPPERS** alleging the following violations: 18 U.S.C. §§ 2252(a)(2) and (b)(1), conspiracy to distribute a visual depiction of a minor engaged in sexually explicit conduct and 18 U.S.C. §§ 2251(d)(1)(A) and (e), advertising child pornography and conspiracy. As set forth below, I have probable cause to believe that **PEPPERS** has committed the above-referenced offenses and a warrant for his arrest should be issued.

II.     <u>**STATEMENT OF PROBABLE CAUSE**</u>

**The Website**

7. According to information derived from an ongoing investigation, law enforcement discovered a particular hidden service website on the Tor network that was dedicated to the

2

advertisement and distribution of child pornography (hereinafter the "Website").[1] The Website was used to host and distribute images and videos files depicting child pornography and child erotica. Users of the site could access, upload, and download such images and videos.

8. The Website is no longer operational, but when it was online, it was divided into various membership levels, and users could gain relative access to the membership levels by either uploading child pornography or paying a monthly fee in cryptocurrency, including bitcoin. During the course of its investigation, law enforcement agents accessed the Website on multiple occasions and conducted undercover activities on the Website.

9. In the course of the investigation, a digital copy of the Website was provided to HSI Fresno by a foreign law enforcement authority that was also investigating it.

10. On March 1, 2019, your affiant obtained a federal warrant to search the contents of the Website.

11. While reviewing the digital copy of the Website, law enforcement found that an account, later suspected to be linked to PEPPERS, used the Website's private message system to sell two suspected child pornography videos to another user on the Website. As described in detail below, case agents were then able to determine that PEPPERS received the bitcoin payment for the videos that were sold.

---

[1] The actual name of the Website is known to law enforcement. Investigation into the Website remains active and disclosure of the name of the Website would potentially alert its users to the fact that law enforcement action is being taken against its users, thereby provoking users to notify each other of law enforcement action, flee, and/or destroy evidence. Accordingly, to protect the confidentiality and integrity of the ongoing investigation involved in this matter, specific names and other identifying factors have been replaced with generic terms and the website will be identified herein as the "Website."

3

### *Initial Investigation into the Target*

12. On January 23, 2019, HSI Fresno executed a residential search warrant and conducted an interview of another suspect who had used bitcoin to pay for a membership to the Website. The suspect cooperated with HSI and allowed them to take over his accounts related to child exploitation. Specifically, HSI Fresno took over an encrypted email account and a user account for another child exploitation forum (distinct from the Website). This cooperating source ("CS") indicated during the interview that he had had personal communication with a particular user of a child exploitation forum. This user was listed as a moderator on a child exploitation site of which the CS was also a member. HSI assumed control of the CS's encrypted email account and began to communicate with the above mentioned user, whose identity was unknown at the time, but was later believed to be PEPPERS.[2]

### *Communications between Affiant and Target via Encrypted Email*

13. On or about January 31, 2019, your affiant, operating undercover using the CS's encrypted email account, began to email with an email account later believed to be associated with PEPPERS.

14. On June 27, 2019, the user of the email address in question indicated in an email to your affiant that he wanted to communicate via a Tor-based instant messaging platform called Ricochet. Ricochet is an online instant messaging platform that operates through the Tor browser. Users are assigned an identification number, which helps provide a level of anonymity to them.

---

[2] Notably, the username the target used on the child exploitation forum disclosed by the CS and the email address for the target that was given to law enforcement by the CS were all identical, thus making it likely that the user of each was in fact the same individual. These usernames are not mentioned in this affidavit because the investigation into additional targets is ongoing, and disclosing those user names could harm the investigation or lead to the destruction of evidence.

4

15. On July 23, 2019, your affiant sent an email to the user later suspected to be PEPPERS and provided him with a Ricochet account number that could be used to contact your affiant's undercover account.

16. On July 31, 2019, PEPPERS' suspected email account stated in an email that he sent a request to chat to the Ricochet ID your affiant provided. He also stated he would attempt to instant message your affiant's account the next time your affiant was online. (The platform alerts users to another user being online by placing a green dot next to that user's name when they are online and logged in.)

17. On August 1, 2019, PEPPERS' suspected account contacted your affiant's undercover Ricochet account. The user of the account and your affiant made small talk. During the chat, in the course of a discussion about how the two were doing generally, the user stated to your affiant, "it was weird because back in December all kinds of shit fell apart. At home and on tor".

### Email Regarding Target's Brother's Death & Subsequent Corroborating Investigation

18. On August 27, 2019, your affiant reviewed an email dated December 22, 2018, that PEPPERS' suspected email account had written to the CS, in which the user had stated, "Well…my brother died Dec 1 (the same day the forum vanished) and I'm right disgusted with the pedo community for how they treat producers and people willing to input resources into productions. Not trying to bum you out but idk how well I'm doing anymore."

19. Your affiant conducted additional investigation and located an online obituary in The Lawton Constitution newspaper, based in Lawton, Oklahoma, that stated that Robert James "Bobby" Peppers died on December 1, 2018. According to the obituary, Mr. Peppers grew up in Lawton, Oklahoma, and was survived by three brothers, including one named Austen PEPPERS.

5

Your affiant then conducted a public records check for an Austen PEPPERS in Lawton, Oklahoma, and found one record pertaining to an Austen PEPPERS and that listed 1716 NW Williams Ave, Lawton, OK 73505 as his residence (hereafter, the "Peppers Residence").

### *Target Sends Child Pornography to Your Affiant*

20. On August 14, 2019, PEPPERS' suspected account emailed the CS account and stated the following:

21. "I haven't been online nearly at all lately. Here's the link https://[REDACTED][3], I had forgotten all about the link I was supposed to upload for you. Pass – qwerty".

22. On August 15, 2019, your affiant accessed the file-sharing link provided by PEPPERS' suspected account and downloaded a file labeled "LADDA NER". The file was password protected and was opened by the "qwerty" password provided in the email.

23. The file is approximately 256 MB in size and contained seven primary folders. Each of these folders contained hundreds of preview images of child pornography videos and pictures, primarily produced by well-known child pornography producers. These preview images have PEPPERS' suspected moniker—the same moniker used on the invite-only child exploitation forum discussed above and the email address your affiant had been emailing with in an undercover capacity—placed over them as a kind of watermark. Most or all of these preview images clearly depict images of children engaging in sexually explicit conduct.

24. Your affiant, using the undercover CS account, responded to PEPPERS' suspected email account and stated he was interested in purchasing some of the sets. The user replied, "I actually don't have them. I'm just being a middle man in the transaction. This is what was shown

---

[3] The actual URL is known to law enforcement but has been redacted from this affidavit.

to me that was available." Your affiant replied that he was interested in the "S&S" series—a reference to a well-known child pornography series. The user replied, "ok give me a few days here and I'll send the message along".

### *Search Warrant Executed at the Peppers Residence on November 14, 2019*

25. Based on the above-referenced information and other information not referenced herein, investigators obtained a warrant to search the Peppers residence. Case agents executed the warrant on November 14, 2019. During the search, case agents conducted a forensic preview of PEPPERS' digital devices, which revealed images depicting children engaging in sexually explicit conduct. When asked about these images, PEPPERS acknowledged that he had downloaded those images. PEPPERS also stated that he was a moderator on the above-referenced child exploitation forum where images depicting child pornography were bought, sold, and traded. PEPPERS stated that he was the individual behind the above-referenced email account that had distributed child pornography to your affiant. Finally, PEPPERS admitted to being an intermediary between buyers and sellers of child pornography and collecting a fee for his role in the sale.

26. During an interview with your affiant, PEPPERS stated he did not recall selling videos on the Website. He said he took users money. However, the private messages from the suspected sale of the child exploitation videos mentioned above indicate that PEPPERS' customer received the videos and wanted to conduct another deal. In the interview, PEPPERS also admitted that he obtained some old studio produced child exploitation material that he then sold to others while serving as an intermediary and collected a fee for his service. PEPPERS stated bitcoin from the sale of material went into a personal wallet on his desktop.

### III.  CONCLUSION

27.  Based on the foregoing, I have probable cause to believe that **AUSTEN PEPPERS** has committed the following violations: 18 U.S.C. §§ 2252(a)(2) and (b)(1), conspiracy to distribute a visual depiction of a minor engaged in sexually explicit conduct and 18 U.S.C. § § 2251(d)(1)(A) and (e), advertising child pornography and conspiracy. I therefore request that the court issue a criminal complaint and a warrant authorizing the arrest of **AUSTEN PEPPERS**.

_____
MATTHEW LARSEN
Special Agent
Homeland Security Investigations

Approved as to form:

/s/ David Gappa
DAVID GAPPA
Assistant United States Attorney

Subscribed and sworn to before me this __6__ day of December, 2019.

_____
HONORABLE BARBARA A. McAULIFFE
United States Magistrate Judge

8