Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone:  (559) 459-0655
Fax:  (559) 459-0656
Attorney for Austin Peppers

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUSTIN PEPPERS,<br><br>Defendant. | CASE No:  1:20-cr-00015 ADA<br><br>STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING<br><br>DATE:  September 26, 2022<br>TIME:  8:30 a.m.<br>Hon. Ana de Alba |

Defendant by and through his attorney of record and Plaintiff by and through its attorney of record, hereby stipulate as follows:

This matter is set for a change of plea on Monday September 26, 2022 at 8:30 a.m.

By this stipulation, the parties now move to continue the change of plea hearing from September 26, 2022 at 8:30 a.m. to November 14, 2022 at 8:30 a.m.

There are some unresolved issues which need to be addressed before the plea can be entered. Furthermore as Mr. Peppers is housed at Lerdo in Kern County counsel has limited hours and days when she is able to make an appointment to talk to him.

The parties agree and stipulate and request that the Court grant the continuance.

Dated September 26, 2022                    s/s Barbara Hope O'Neill
                                                                Barbara Hope O'Neill attorney for
                                                                             Austin Peppers

1

Dated September 20, 2022                              s/s David Gappa
                                                                 David Gappa
                                                    Assistant United States Attorney

ORDER

IT IS SO ORDERED.

  Dated:   September 21, 2022                   _____
                                                    UNITED STATES DISTRICT JUDGE

2