1 PHILLIP A. TALBERT
United States Attorney
2 DAVID L. GAPPA
Assistant United States Attorney
3 2500 Tulare Street
Suite 4401
4 Fresno, California 93721
Telephone: (559) 497-4000
5

6 Attorneys for Plaintiff
United States of America
7

8

9 IN THE UNITED STATES DISTRICT COURT

10 EASTERN DISTRICT OF CALIFORNIA

11

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00015-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION CHANGING DATE FOR SENTENCING HEARING; FINDINGS AND ORDER |
| v. | |
| AUSTEN PEPPERS, | PROPOSED SENTENCING DATE: September 25, 2023 |
| Defendant. | TIME: 8:30 a.m. |
| | COURT: Hon. Ana de Alba |

This case is scheduled for sentencing on July 17, 2023.  The court cannot proceed with the sentencing hearing as scheduled, because the Probation Office has not been able to complete the presentence investigation and report.  The assigned officer has advised the parties that it might not be possible to submit a draft report until August.  In order to accommodate possible objections and allow the parties to file sentencing memoranda, the parties and Probation Office have agreed upon a new date for sentencing of September 25, 2023.

IT IS SO STIPULATED.

STIPULATION FOR NEW SENTENCING DATE      1

| | |
|---|---|
| Dated: June 30, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ David Gappa<br>DAVID L. GAPPA<br>Assistant United States Attorney |
| Dated: July 3, 2023 | /s/ BARBARA O'NEILL<br>BARBARA O'NEILL<br>Counsel for Defendant<br>AUSTEN PEPPERS |

IT IS SO ORDERED.

Dated:   July 5, 2023

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>          v.<br><br>AUSTEN PEPPERS,<br><br>                              Defendant. | CASE NO.  1:20-CR-00015-ADA-BAM<br><br>ORDER<br><br><br>SENTENCING DATE: September 25, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |

**ORDER**

The court has reviewed and considered the stipulation filed by the parties on July 3, 3023, and also reviewed the record of this case.  For the reasons stated in the stipulation the sentencing will now be rescheduled to September 25, 2023, at 8:30 a.m.

STIPULATION FOR NEW SENTENCING DATE            3