1 | PHILLIP A. TALBERT
United States Attorney
2 | DAVID L. GAPPA
Assistant U.S. Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000

5 | JAMES E. BURKE IV
Trial Attorney
6 | U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
7 | 1301 New York Avenue NW, 11th Floor
Washington, DC 20005
8 | Telephone:  (202) 514-

9 | **UNITED STATES DISTRICT COURT**

10 | **EASTERN DISTRICT OF CALIFORNIA**

11 | UNITED STATES OF AMERICA,            CASE NO. 1:20-CR-00015-ADA-BAM

12 |                        Plaintiff,

13 |               v.            PRELIMINARY ORDER OF
FORFEITURE

14 | AUSTEN PEPPERS,

15 |                        Defendant.

16 |

17 |     Based upon the guilty plea entered by defendant Austen Peppers, the admission of the forfeiture

18 | allegation into the record, the court's declaration at sentencing that the forfeiture be made final as to the

19 | defendant, and the plea agreement entered into between the United States of America and defendant

20 | Austen Peppers, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

21 |     1.     Pursuant to 18 U.S.C. § 2253(a), defendant Austen Peppers' interest in the following

22 | property shall be condemned and forfeited to the United States of America, to be disposed of according

23 | to law:

24 |            a.     Alcatel cell phone, model 5044R, IMEI:  014827009175670,
            b.     Alcatel cell phone, model A405DL, IMEI:  015400008340718,
25 |            c.     black and silver thumb drive,
            d.     16GB thumb drive,
26 |            e.     black PNY thumb drive, serial number AF926H35Y,
            f.     WD Elements external hard drive, serial number WX71D18C6UNA,
27 |            g.     Acer Laptop, model N15V2, SNID: 61002721923,
            h.     WD My Book external hard drive, model number WDC WD40 EZRZ-00WN,

1

     i.  desktop computer, serial number C6161115001825, and

     j.  black Sony PlayStation 4 with cord.

  2.  The above-listed property constitutes property that contains visual depictions produced, transported, mailed, shipped or received in violation of 18 U.S.C. §§ 2251(d)(1)(A) and 2252(a)(2); and is property that was used or intended to be used to commit and to promote the commission of the aforementioned violations.

  3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the U.S. Customs and Border Protection, in their secure custody and control.

  4.  a.  Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

     b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

  5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253(a) in which all interests will be addressed.

IT IS SO ORDERED.

 Dated:  November 7, 2023 

_____
UNITED STATES DISTRICT JUDGE

Preliminary Order of Forfeiture

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Preliminary Order of Forfeiture