PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

BARBARA H. O'NEILL
P.O. Box 11825
Fresno, CA 93775

Counsel for Austen Peppers

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00015 ADA-BAM |
| Plaintiff, | STIPULATION AND ORDER DIRECTING PAYMENT OF RESTITUTION |
| v. | |
| AUSTEN PEPPERS. | COURT: Hon. Ana de ALBA |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, David L. Gappa, and defendant, by and through counsel for defendant Barbara H. O'Neill, agree as follows:

1. The court sentenced the defendant at a hearing on November 6, 2023, and entered an order for restitution as part of the sentencing. Unfortunately, the court relied upon inaccurate and incomplete information related to the number of victims who have submitted timely and sufficient applications for restitution. The court was advised that there were 19 victims who had sought restitution. In fact, the final version of the presentence investigation and report identifies a total of 28

1

victims who had submitted applications for restitution.  But even that number was underinclusive, as a total of 35 victims had submitted claims for restitution prior to the sentencing hearing on November 6, 2023.  Without ascribing fault to any individual, there was a breakdown in transmitting complete and accurate information to the court, and the parties wish to provide a remedy.

2. The parties have communicated and agreed to request that the court issue the attached proposed order that will award restitution of $3,000 to all of the 35 victims who had submitted a claim for restitution prior to the sentencing on November 6, 2023.  The court already has awarded restitution to 19 victims.  The PSR references 28 victims, so the proposed order would direct that the defendant must pay $3,000 in restitution to all 28 victims identified in the final PSR.  The United States has provided a spreadsheet that summarizes all of the 35 claims with relevant information regarding how and to whom payments should be directed.

3. Below is the information for the 7 victims who were not referenced in the final version of the PSR.  No actual victim is named but instead a pseudonym or a series name is listed.  The dollar amount listed is the amount of restitution that each victim requested.  For reasons articulated at the sentencing hearing, the parties have agreed to request that the court order restitution in an amount of $3,000 to each victim even if the amount that the victim requested was higher than that amount.

"Patty"      Kelly Locher
             Jones, Day
             Pittsburgh, PA
             $8,000

"Angela"     Tatum Anheluk
             Restore the Child
             Tacoma, WA
             $5,000

"Chelsea"    Tatum Anheluk
             Restore the Child
             Tacoma, WA
             $3,000

"Ivy"        Tatum Anheluk
             Restore the Child
             Tacoma, WA
             $5,000

2

| | | |
|---|---|---|
| "Jen" | Tatum Anheluk | |
| | Restore the Child | |
| | Tacoma, WA | |
| | $5,000 | |
| | | |
| "Susie" | Tatum Anheluk | |
| | Restore the Child | |
| | Tacoma, WA | |
| | $5,000 | |
| | | |
| "April" | Tatum Anheluk | |
| | Restore the Child | |
| | Tacoma, WA | |
| | $5,000 | |
| | | |
| "Moca" | Kaela Palmiter | |
| | Jones, Day | |
| | Atlanta, GA | |
| | $3,000 | |

4. The parties agree that the defendant will notify the Collections Unit, United States Attorney's Office, of any interest in property obtained, directly or indirectly, including any interest obtained under any other name, or entity, including a trust, partnership or corporation after the entry of judgement until the restitution is paid in full.

5. The restitution described above shall be paid through the Office of the Clerk of the District Court by bank or cashier's check or money order made payable to the "Clerk, United States District Court." The Clerk's Office will distribute payments to victims through the representative or at the addresses listed above.

Accordingly, the parties respectfully request that the court issue the attached proposed order.

Dated: November 9, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID L. GAPPA
DAVID L. GAPPA
Assistant United States Attorney

Dated: November 9, 2023

/s/ Barbara H. O'Neill
BARBARA H. O'NEILL

3

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>              v.<br><br>AUSTEN PEPPERS.<br><br>                       Defendant. | CASE NO. 1:20-CR-00015 ADA-BAM<br><br>ORDER DIRECTING PAYMENT OF RESTITUTION<br><br><br>COURT: Hon. Ana de ALBA |

**ORDER**

    The court has reviewed and considered the stipulation of the parties that was filed on November 9, 2023. Good cause appearing for the requested action,

    IT IS HEREBY ORDERED that the defendant pay restitution totaling $3,000 to each of the 35 victims identified in the final PSR and in the stipulation filed on November 9, 2023.

    The United States Attorney's Office, through its Victim Witness Unit, will provide to the Clerk's Office, Financial Department, the name and mailing address to use for distribution of any restitution payment(s) for each victim.

IT IS SO ORDERED.

    Dated:   November 14, 2023                                         _____
                                                                                  UNITED STATES DISTRICT JUDGE