PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000

JAMES E. BRUKE IV
Trial Attorney
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
1301 New York Avenue NW, 11th Floor
Washington, DC 20005
Telephone: (202) 616-2555

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>AUSTEN PEPPERS,<br><br>　　　　　Defendant. | CASE NO. 1:20-CR-00015-NODJ-BAM<br><br>FINAL ORDER OF FORFEITURE |

On November 29, 2023, this Court entered an Amended Preliminary Order of Forfeiture pursuant to the provisions 18 U.S.C. § 2253(a), based upon the plea agreement entered into between the United States and defendant Austen Peppers forfeiting to the United States the following property:

　　a.　Alcatel cell phone, model 5044R, IMEI: 014827009175670,
　　b.　Alcatel cell phone, model A405DL, IMEI: 015400008340718,
　　c.　black and silver thumb drive,
　　d.　16GB thumb drive,
　　e.　black PNY thumb drive, serial number AF926H35Y,
　　f.　WD Elements external hard drive, serial number WX71D18C6UNA,
　　g.　Acer Laptop, model N15V2, SNID: 61002721923,
　　h.　WD My Book external hard drive, model number WDC WD40 EZRZ-00WN,
　　i.　desktop computer, serial number C6161115001825,
　　j.　Dell Desktop XPS, serial number JL3WR1, and
　　k.　black Sony PlayStation 4 with cord.

Beginning on December 5, 2023, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site

www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), to be disposed of according to law, including all right, title, and interest of Austen Peppers.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

DATED:  February 12, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE